EUGENE PADGETT V. THE STATE.

No. 21037.   Delivered May 8, 1940.

The opinion states the case.

*R. Tuck Chapin,* of San Antonio, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for murder, punishment assessed being 99 years in the penitentiary.

The record fails to show any notice of appeal, which is necessary to confer jurisdiction on this Court. See Art. 827 C. C. P., and cases cited under said article, Note 1, Vernon's Ann. Tex. C. C. P.

The appeal is dismissed.